227 So.2d 590

### Reverend Manno M. SNYDER

v.

### AUTOMOBILE OWNERS SAFETY INSURANCE COMPANY and Standard Life & Accident Insurance Company.

No. 50086.

Nov. 10, 1969.

In re: Reverend Manno M. Snyder applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 275.

Writs refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

227 So.2d 590

### Michael L. HYATT

v.

### HARTFORD ACCIDENT AND INDEMNITY COMPANY et al.

No. 50087.

Nov. 10, 1969.

In re: Hartford Accident and Indemnity Company applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Vernon. 225 So.2d 102.

Writ refused. The judgment is correct.